IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YAMAHA MOTOR CORPORATION, )
U.S.A. )
                               , )
        Plaintiff(s), )
    v. )
METRO RACING, INC. )    Civil Action No. _____
                               , )
        Defendant(s)/ )
        Third-Party Plaintiff(s), )
    v. )
                               , )
        Third-Party Defendant(s). )

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, PLAINTIFF,
(type of party)
who is YAMAHA MOTOR CORPORATION, U.S.A., makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

    ☑ YES  ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

YAMAHA MOTOR COMPANY, LTD.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

YAMAHA MOTOR COMPANY, LTD.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

_____
Signature of Counsel for Party

Date: APRIL 26, 2011